IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 11-03837-SEK |
|---|---|
| ESPERANZA DE LA CRUZ | CHAPTER 13 |
| DEBTOR | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **ESPERANZA DE LA CRUZ** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting an amended Plan dated July 8, 2011 herewith and attached to this motion.

2. This amended Chapter 13 Plan is filed to specify when 18 months for making lump sum in plan will commence and to provide for Adequate Protection payments to Muebleria Berrios.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Esperanza De La Cruz and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 8th day of July, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfc.rfclaw@gmail.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE: **DE LA CRUZ, ESPERANZA**
Debtor(s)

Case No. **11-03837-13**
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **7/08/2011**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ | 150.00 | x | 12 = $ | 1,800.00 |
| $ | 430.00 | x | 48 = $ | 20,640.00 |
| $ | | x | = $ | |
| $ | | x | = $ | |
| $ | | x | = $ | |

TOTAL: $ **22,440.00**

Additional Payments:
$ **5,000.00** to be paid as a LUMP SUM within **18 months** with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
**Claim for Damages expected to receive on 1/2012**

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **27,440.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,854.00**

Signed: **/s/ ESPERANZA DE LA CRUZ**
Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ORIENTAL BANK &** Cr. ___ Cr. ___
# **61010010036072** # ___ # ___
$ **5,408.00** $ ___ $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **COND. BORINQUEN** Cr. **MUEBLERIA BERRIC** Cr. ___
# **C-116** # **2304967204** # ___
$ **8,729.81** $ **1,711.28** $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**ORIENTAL BANK &**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___ Cr. ___ Cr. ___
# ___ # ___ # ___
$ ___ $ ___ $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
*Any non-exempt proceeds from debtor's lawsuit against Banco Bilbao Vizcaya will be paid into the plan and the plan's base will be deemend amended automatically*.
DEBTOR(S) will pay GENERAL UNSECURED in full (100% + 6% interest per annum), under Chapter 13 Plan.
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to Muebleria Berrios thru the Trustee in the sum $20.00 per month for the next eight months or until confirmation.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**  Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

DE LA CRUZ, ESPERANZA
BORINQUEN PARK APARTMENTS
APT C116
CAGUAS, PR  00726


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677


AAA
PO BOX 70101
SAN JUAN, PR  00936-8101


COND. BORINQUEN PARK APARTMENTS
GOYCO STREET
CAGUAS, PR  00725


EOS CCA
ATT
700 LONGWATER DR
NORWELL, MA  02061


ER SOLUTIONSS
SPRINT
800 SW 39TH ST
RENTON, WA  98057


JOSE A FERNANDEZ PAOLI
PO BOX 11750
SAN JUAN, PR  00910-1750


MUEBLERIA BERRIOS
PO BOX 674
CIDRA, PR  00739-0674


NATIONWIDE RECOVERY
ATT MOBILITY
2304 TARPLEY RD STE 134
CARROLTON, TX  75006


ORIENTAL BANK & TRUST
PO BOX 1952
HUMACAO, PR  00792-1952