IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 11-03837-SEK |
|---|---|
| ESPERANZA DE LA CRUZ | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S REPLY TO TRUSTEE'S UNFAVORABLE RECOMMENDATION**

**TO THE HONORABLE COURT:**

**COMES NOW, ESPERANZA DE LA CRUZ** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follow:

1. The Chapter 13 Trustee filed an unfavorable recommendation dated June 28, 2011, (docket no. 12).

2. On July 8, 2011 the debtor send via *Upload Document Program (UDP)* a copy of the lawsuit and the application for employment of special counsel.

3. On July 8, 2011 the debtor filed an Amended Chapter 13 Plan, docket no. 13.

4. With this information the debtor responds to the Trustee's unfavorable recommendation.

**WHEREFORE** debtor respectfully prays that Trustee's unfavorable recommendation be denied.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States

Postal Service copy of this motion to the following non CM/ECF participants and debtor, Esperanza De La Cruz, in the above captioned case.

**RESPECFULLY SUBMITTED.** In San Juan, Puerto Rico, this 8th day of July, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0816
TEL (787)744-7699
FAX (787)746-5294
EMAIL: rfc.rfclaw@gmail.com



**Chapter 13 Trustee Alejandro Oliveras**

Return Help

Validate Case Number
Selection Title
Upload Document
**Summary**
Finish

### Step 4: Summary Upload

Case Number: 1103837
Document Title: Letter Reports Special Counsels-UDP
Filename: Aplication for employment of special counsel.pdf
Date and time: 07-08-2011 9:05:58 AM

Finish


Chapter 13 Trustee
Alejandro Oliveras
Return   Help

Validate Case Number
Selection Title
Upload Document
**Summary**
Finish

## Step 4: Summary Upload

Case Number: 1103837
Document Title: Letters General-UDP
Filename: demanda.pdf
Date and time: 07-08-2011 9:08:02 AM

Finish