IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ESPERANZA DE LA CRUZ

XXX-XX-0240

CASE NO. 11-03837 MCF

Chapter 13

FILED & ENTERED ON 04/11/2013

Debtor(s)

## ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion requesting entry of order lifting the automatic stay in favor of BPPR and to inform of Debtor's failure to comply with Stipulation, filed by Banco Popular PR, docket #68.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 11 day of April, 2013.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    ALEJANDRO OLIVERAS RIVERA
    BPPR-JOSE MOREDA DEL VALLE